UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERYL YACO,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 25-cv-00513-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Upon review of the parties' joint case management conference statement, the initial case management conference scheduled for April 23, 2025 is continued to August 20, 2025 at 2:00 p.m. Aside from the Rule 52 motion hearing date, the Court adopts the parties' proposed schedule and imposes the following deadlines:

| | |
|---|---|
| LINA Submits Proposed Administrative Record: | May 30, 2025 |
| Move to Amend Pleadings: | June 30, 2025 |
| Complete Court-Sponsored Mediation: | July 31, 2025 |
| File Motions Re: Standard of Review: | September 19, 2025 |
| Complete Discovery, if any: | December 12, 2025 |
| LINA Files Administrative Record: | January 20, 2026 |
| Plaintiff's Rule 52 Motion for Judgment: | February 18, 2026 |
| Defendant's Rule 52 Motion/Opposition: | March 18, 2026 |
| Plaintiff's Rule 52 Opposition/Reply: | April 1, 2026 |
| Defendant's Reply: | April 15, 2026 |
| Rule 52 Motions Hearing: | April 30, 2026 at 10:00 a.m. |

The parties are referred to the Court's ADR Program for a mediation to occur by July 31,

2025.  An updated joint case management conference statement shall be file one week before the August 20, 2025 further case management conference.  The Court will be particularly interested in whether referral for a magistrate judge settlement conference could be useful.

**IT IS SO ORDERED.**

Dated: April 18, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge